UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L., individually on behalf of himself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THANG BOTANICALS, INC., and FTLS HOLDINGS LLC, collectively doing business as 7ΩHMZ, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-03191<br><br>[~~PROPOSED~~] ORDER TO PROCEED UNDER PSEUDONYM |

    Having heard and considered Plaintiff's Motion to Proceed Under Pseudonym, the Court finds good cause in support thereof.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff may proceed in the action under his initials for documents filed publicly. Any document bearing Plaintiff's real name shall be submitted under seal and not filed publicly.

    IT IS SO ORDERED.

Dated: April 28, 2025

