# Exhibit B


1 97644 27154 2
SCRATCH TO VERIFY AUTHENTICITY
LOT: PB14
NOT FOR SALE TO MINORS
KEEP OUT OF REACH OF CHILDREN & PETS
PRODUCT CONTAINS NATURALLY OCCURRING PLANT COMPOUNDS FROM MITRAGYNA SPECIOSA.
DIRECTIONS: PRIOR TO USE CONSULT WITH A PROFESSIONAL HEALTH CARE PROVIDER TO DETERMINE IF THIS PRODUCT IS RIGHT FOR YOU, AND IF SO, HOW TO USE IT SAFELY. MAY CAUSE DISCOMFORT, ALWAYS START WITH A LOWER DOSE AND INCREASE AS NEEDED.
DISCLAIMER: BY USING OR PURCHASING THIS PRODUCT, YOU ASSUME FULL RESPONSIBILITY FOR ANY ADVERSE EVENTS AND/OR HEALTH COMPLICATIONS THAT MAY RESULT FROM ITS USE. MANUFACTURER / RESELLER ASSUMES NO LIABILITY FOR THE MISUSE OF THIS PRODUCT. THIS PRODUCT MAY BE HARMFUL TO YOUR HEALTH, HAS NOT BEEN EVALUATED BY THE FDA, AND IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE. REVIEW THE FULL DISCLAIMER WARNING PRIOR TO USE: VISIT HTTPS://7OHMZ.COM/DISCLAIMER
Distributed By: Blackbird Distribution
(310) 722-3900 - wholesale@7ohmz.com
343 Wall Street, Los Angeles, CA 90013
WWW.7OHMZ.COM