# Exhibit F

Some research suggests that mitragynine and 7-hydroxymitragynine may not cause some of the more serious adverse effects associated with opioid use—such as respiratory depression (trouble breathing)—that can occur during a life-threatening opioid overdose.[29] Scientists also have observed that mitragynine may bind to adrenergic receptors, serotonin receptors and dopamine receptors, which may be responsible for some of the arousing effects some people who use kratom report experiencing.[1, 30, 31]




*Credit: NIDA*

2D chemical structures of kratom compounds mitragynine (top) and 7-hydroxymitragynine (bottom).

Better understanding where and how kratom compounds work in the brain is an active area of NIDA-funded research. This basic research plays an important role in identifying kratom's health effects and potential therapeutic uses. Learn more: How is NIDA advancing research on kratom?

# How is NIDA advancing research on kratom?

Scientific research on kratom is relatively new compared to research on more widely used drugs. Much is still unknown about chemical compounds related to kratom, the short- and long-term health and safety impacts of kratom use and kratom's potential therapeutic uses. In response to reports of increases in kratom exposures in the United States[6] and emerging questions about kratom and its health effects, NIDA is supporting research on kratom's use, effects, mechanisms and therapeutic potential.

To help inform kratom policy and health decision-making around kratom use, NIDA conducts and supports research on how kratom compounds work in the

brain, as well as research on kratom use patterns, health effects, therapeutic uses and drug interactions. Because many people who use kratom also report using or previously using opioids and experiencing opioid use disorder, [2, 3] NIDA is particularly interested in studying how kratom use may impact opioid use, which has driven the drug overdose epidemic in the United States. Early studies have found that some people report using kratom to ease craving and withdrawal symptoms associated with other substances, including opioids and stimulants.[5, 11, 13, 14, 15, 16]

NIDA and the NIH HEAL (Helping to End Addiction Long-term®) Initiative are supporting several studies evaluating kratom and related compounds as potential treatments for chronic pain and for opioid withdrawal and opioid use disorder. One of these projects (also supported by the National Center for Advancing Translational Sciences and National Institute of Neurological Disorders and Stroke) includes efforts to help develop new medications, including kratom-derived products, as potential treatments for opioid use disorder.

NIDA also supports preclinical research to better understand how multiple kratom compounds produce complex pharmacological and behavioral effects, to evaluate kratom as a potential therapy for opioid use disorder and to investigate the chemistry and biology of kratom-derived compounds for their use as therapeutic drugs and as research tools. (See Could kratom be used as medicine?)

See more NIDA-funded projects related to kratom, and learn more about clinical trials involving kratom.

## What is the scope of kratom use in the United States?

Among people aged 12 or older in 2021, an estimated 0.6% (or about 1.7 million people) reported using kratom in the past 12 months (2021 DT 8.22).*
Source: 2021 National Survey on Drug Use and Health**

* Estimates of how many people regularly use kratom vary.[19]
** The COVID-19 pandemic had an impact on data collection for the 2021 National Survey on Drug Use and Health (NSDUH). For more information, please see the 2021 NSDUH Frequently Asked Questions from the Substance Abuse and Mental Health Services Administration.

## Why do people use kratom?

NIDA conducts and supports research to better understand the diverse reasons people use kratom.[3] Kratom has been used in its native Southeast Asia for centuries to produce opioid- and stimulant-like effects, including increased energy and relaxation.[18] (See How does kratom affect the body?)

In recent years, studies suggest people across the globe use kratom for these and many other reasons.[1, 3, 4] Researchers have found that people report using kratom to alleviate pain, to address symptoms of mental health conditions like anxiety and depression, to help stop or reduce opioid or other substance use and to manage withdrawal symptoms and cravings related to opioids and other drugs. Most report multiple reasons for using kratom.[3, 11, 32]

While research is underway to explore possible therapeutic benefits (see Could kratom be used as medicine?), kratom products have not been demonstrated to be safe and effective for any medical condition. Of note, safe and effective medications are approved to help control withdrawal symptoms and cravings associated with opioid use disorder, as well as other substance use disorders. Learn more about pain treatment from the NIH Pain Consortium and about mental health treatment from the National Institute of Mental Health.

## Is kratom safe?

U.S. and international agencies have expressed concern that kratom products may cause serious harm.[1] There are no uses for kratom approved by the U.S. Food and Drug Administration (FDA), and the FDA has warned consumers not to use kratom products because of potential adverse effects.

The FDA, the U.S. Centers for Disease Control and Prevention and NIDA support and conduct research to measure and better understand the short- and long-term safety risks of kratom use and inform policy around kratom regulation.

Currently, several safety issues related to kratom have been identified:

- **Kratom products may contain harmful contaminants.** There are no uses for kratom approved by the FDA, and kratom products have been found to contain contaminants that produce effects not associated with kratom or kratom compounds alone, including heavy metals and harmful bacteria.[1, 6, 7, 8, 21] Of note, researchers and regulators have found similar instances of contamination in many other products marketed as herbal supplements.[33, 34] Read more about supplement regulation from the FDA.

- **Adverse effects range from mild to severe.** Some people who use kratom have reported mild side effects, such as nausea, constipation, dizziness and drowsiness.[3, 4] In case reports, clinicians report seeing patients with a wide range of very rare but serious adverse effects associated with kratom exposure—including mental and neurological symptoms (confusion, tremors and seizures), heart and lung problems (high blood pressure and slow breathing), gastrointestinal problems (nausea and vomiting) and liver problems.[1, 23] Researchers continue to study potential adverse effects in humans, animal models and cells, including possible damage to the cardiovascular system.[10, 23, 35] (See How does kratom affect the body?)

- **A very small number of deaths have been linked to kratom products compared to deaths from other drugs.**[1, 6, 7, 8, 24] While more research is needed, it appears that fatal overdose from kratom use alone is extremely rare. A 2019 report found that 11 deaths between 2011 and 2017 in the United States were associated with kratom exposure, including two deaths associated with kratom exposure alone.[6] In contrast, during that same period, more than 200,000 people died from opioid-related overdose.[36]

- **Drug interactions may influence effects.** Studies suggest many people who use kratom also use other drugs and have conditions for which medications are often prescribed,[3, 4, 17] and case reports suggest polysubstance use (the use of multiple drugs) involving kratom has been associated with severe adverse effects, such as death and liver problems.[25] More research is needed in this area to assess the safety of using kratom in combination with other substances.

- **Long-term health and safety effects are not well understood.** Because kratom research is relatively new compared to research on more widely used drugs, there is little evidence to determine how kratom use may affect someone over time. Case reports do show regular, long-term, kratom use in large amounts may be associated with serious liver problems. These cases appear to occur unpredictably in a small minority of people who use kratom, and it is unclear what role other substances and underlying health conditions may play.[9, 26]

- **Effects on pregnancy are not well understood.** Very little research is available on kratom use before, during and after pregnancy, but there have been reports of opioid-like neonatal abstinence syndrome in infants born to women who regularly use kratom.[37] Learn more: How does kratom use affect pregnancy?

- **Safety effects of intoxication are not well understood.** The impact of kratom intoxication (taking enough to be impaired) on driving, operating heavy machinery, or performing other tasks that could be dangerous if impaired has not been extensively studied.[9, 38, 39]

Learn more about kratom and safety from the FDA.

# How does kratom use affect pregnancy?

Very little research is available on kratom use before, during and after pregnancy. A 2021 report suggests that many cases of kratom use during pregnancy likely also involve the use of other substances, and the effects of kratom alone on pregnancy are difficult to determine without further research. The same report identified at least five cases of opioid-like neonatal abstinence syndrome in infants born to women who regularly used kratom but not opioids. The infants in these