**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that:

- By August 6, 2025 Plaintiffs shall file a Second Amended Complaint in conformance with the Court's March 28, 2025 Order (ECF No. 35) on Defendants' motion to dismiss the first-filed action;
- Defendants' currently pending motion to dismiss and motion to strike are DENIED as moot;
- Defendant shall respond to the Second Amended Complaint by September 5, 2025.

Date:   July 31, 2025

By: Honorable Trina L. Thompson
United States District Court Judge