**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel:    (619) 762-1910
Fax:    (858) 313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant (SBN 322946)
ndeckant@bursor.com
Luke Sironski-White (SBN 348441)
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.:    (925) 300-4455
Fax:    (925) 407-2700

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.L. and J.P. individually on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THANG BOTANICALS, INC., and FTLS HOLDINGS LLC, collectively doing business as 7ΩHMZ, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:25-cv-03191-TLT <br><br> **STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs M.L., J.P. and Defendants Thang Botanicals, Inc. and FTLS Holdings LLC hereby stipulate to the dismissal of this action as follows:

**1.    Dismissal**

Plaintiffs' individual claims are dismissed **with prejudice**, and the putative class claims are dismissed **without prejudice**, pursuant to the Parties' Confidential Settlement Agreement and Release of Claims fully executed on March 26, 2026 (the "Settlement Agreement").

**2.      Retention of Exclusive Jurisdiction**

The Parties expressly agree and request that the Court retain **exclusive jurisdiction** over this action for the purpose of enforcing the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

Without limitation, the Court shall retain authority to:

- enforce the terms of the Settlement Agreement;

- enter and enforce the Stipulated Judgment executed by the Parties in connection with the Settlement Agreement in the event of an uncured default; and

- award damages, equitable relief, attorneys' fees, costs, and any other appropriate relief arising from a breach of the Settlement Agreement.

**3.      Stipulated Judgment; Escrow**

The Parties acknowledge that they have executed a Stipulated Judgment in connection with the Settlement Agreement, which shall be held in escrow by Plaintiffs' Counsel and shall not be filed with or submitted to the Court for entry unless and until Defendants default under the Settlement Agreement and any applicable cure period expires.

**4.      Exclusive Forum for Enforcement**

The Parties further agree that all other actions resolved as part of the Settlement Agreement are being dismissed without retention of jurisdiction, and that enforcement of the Settlement Agreement and the Stipulated Judgment shall proceed exclusively in this Court.

**5.      Costs and Fees**

Each party shall bear its own costs and attorneys' fees, except as otherwise provided in the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: March 31, 2026                                   **LYNCH CARPENTER, LLP**

By:    */s/ Scott G. Braden*
Scott G. Braden (SBN 305051)
scott@lcllp.com

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION

Todd D. Carpenter (SBN 234464)
todd@lcllp.com
9171 Towne Centre Drive, Suite 180San Diego, CA 92122
Telephone:    (619) 762-1910
Facsimile:    (858) 313-1850

**BURSOR & FISHER, P.A.**
Neal J. Deckant (SBN 322946)
ndeckant@bursor.com
Luke Sironski-White (SBN 348441)
lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel.:    (925) 300-4455
Fax:    (925) 407-2700

*Attorneys for Plaintiffs
and Proposed Class Counsel*

**VENABLE LLP**

By:  */s/ Daniel S. Silverman*
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
Bryan J. Weintrop (SBN 307416)
bjweintrop@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

Amit Rana (SBN 291912)
arana@venable.com
Zoe E. Gallagher (SBN 355362)
zgallagher@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.673.3750
Facsimile: 415.653.3755

Dated: March 31, 2026

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION

**Signature Certification**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

By: */s/ Scott G. Braden*
Scott G. Braden

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, and for good cause shown:

1.      This action is dismissed on the terms set forth above; and

2.      The Court expressly retains exclusive jurisdiction to enforce the Parties' Settlement Agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), including authority to enter and enforce the Stipulated Judgment upon an uncured default, and to award damages, equitable relief, attorneys' fees, costs, and any other appropriate relief.

**IT IS SO ORDERED.**

Date:_____

_____
By: Honorable Trina L. Thompson
United States District Court Judge

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION