United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.L., et al.,

        Plaintiffs,

  v.

THANG BOTANICALS, INC., et al.,

        Defendants.

Case No. 25-cv-03191-TLT

**ORDER GRANTING STIPULATION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT ONLY IN THE EVENT OF UNCURED DEFAULT**

Re: Dkt. No. 57

Pursuant to the Parties' Stipulation, and for good cause shown:

1. This action is dismissed on the terms set forth in the stipulation (ECF 57);

2. The Court expressly retains exclusive jurisdiction to enforce the Parties' Settlement Agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), including authority to enter; and

3.  To enforce the Stipulated Judgment upon an uncured default, and to award damages, equitable relief, attorneys' fees, costs, and any other appropriate relief arising from a breach of the Settlement Agreement.

3. In the event of default, the parties shall lodge a copy of the March 26, 2026, settlement agreement, under seal, within 30 days of default under the Settlement Agreement and any applicable cure period expires.

4. Absent good cause, this order will expire on October 2, 2026.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
TRINA L. THOMPSON
United States District Judge